IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02007-CMA

PERLA HERNANDEZ GOMEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
KRISTI BARROWS, District Director of USCIS,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion to Dismiss (Doc. No. 26) of Judge Christine M. Arguello entered on February 28, 2018 it is

ORDERED that the Court GRANTS Defendants' Motion to Dismiss (Doc. No. 17). It is

FURTHER ORDERED that the case is dismissed for lack of subject matter jurisdiction. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that as the prevailing party, the Defendants are AWARDED their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1), and D.C.COLO.LCivR. 54.1.

DATED: February 28, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/S. West
      S. West, Deputy Clerk